**SO ORDERED.**

**SIGNED this 13 day of July, 2022.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| TERESA A. GOULD | CASE NO. 20-02599-5-JNC |
| DEBTOR | |

### ORDER

Pending before the Court is the Motion for Private Sale filed by Debtor, Teresa A. Gould, on June 16, 2022. After notice and opportunity for a hearing has been given to the proper parties in interest and after consideration of the evidence presented, the Court makes the following findings of fact and conclusions of law:

1.  The Debtor filed a Voluntary Petition under Chapter 13 of Title 11 of the U.S. Code ("Bankruptcy Code") on July 22, 2020. ("Petition Date").

2.  This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

3.  The Debtor owns property identified on Schedule A/B of the Debtor's petition and

described as 114 Gull Harbor Drive, Newport, NC 28570, Carteret County ("Property"). The Property is encumbered with a Deed of Trust in favor of Union Home Mortgage Corp. (Creditor). The Debtor claimed the Property as an exempt asset on Schedule C of the Debtor's petition.

4. Pursuant to Local Rule 4002-1(g)(4) adopted by the Eastern District of North Carolina the Debtor shall not sell or dispose of non-exempt property having a fair market value of more than $10,000.00 without prior approval by the Court.

5. Pursuant to 11 U.S.C. § 363(b)(1) the Trustee may sell property of the estate. 11 U.S.C. § 1303 the Debtor has, exclusive of the Trustee, the rights and powers of a Trustee under 11 U.S.C. § 363(b)(1).

6. The Debtor requests that she be allowed to sell the Property by private sale to Joshua John Norman and Heather Paris Norman ("Buyer") for the sum of $399,000.00. The projected sale is an arms-length transaction. The Buyer is not an interested party in this Chapter 13 proceeding, not related to the Debtor, and has no business connection with the Debtor.

7. The Debtor intends to utilize sales proceeds to satisfy the existing obligation of Union Home Mortgage Corp. in full, estimated to be $173,924.74, prorated property taxes for January, 2022 through date of sale to Carteret County Tax Office estimated at $546.61, and further distribution to pay sales costs of $25,227.45, including realtor commission of $23,940.00, transfer taxes of $798.00, HOA dues in the amount of $159.45, the seller's Attorney fee in the amount of $330.00 and net proceeds [up to $30,000.00] distributed to the Debtor, claimed exempt pursuant to the Debtor's homestead exemption (N.C. General Statute §1C-1601 (a)(1)), with any remaining funds going to the Chapter 13 Trustee.

8. The Debtor shall provide the Chapter 13 Trustee with a copy of the final Closing Disclosure within ten (10) business days of the completion of the transaction.

9. The projected sale will not adversely affect the Debtor's ability to successfully complete the Chapter 13 Plan; adversely affect the interests of Debtor's bankruptcy estate; or adversely affect the interests of the Debtor's general unsecured creditors.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Pursuant to 11 U.S.C. §§ 363(b)(1) and 1303 the Debtor is authorized to sell 114 Gull Harbor Drive, Newport, North Carolina 28570, Carteret County (Property) by private sale to Joshua John Norman and Heather Paris Norman (Buyer) for the sum of $399,000.00 (Sales Price).

2. The Debtor shall utilize sales proceeds to satisfy the existing obligation of Union Home Mortgage Corp. in full, estimated to be $173,924.74, prorated property taxes for January, 2022 through date of sale to Carteret County Tax Office estimated at $546.61, and further distribution to pay sales costs of $25,227.45, including realtor commission of $23,940.00, transfer taxes of $798.00, HOA dues in the amount of $159.45, the seller's Attorney fee in the amount of $330.00 and net proceeds [up to $30,000.00] distributed to the Debtor, claimed exempt pursuant to the Debtor's homestead exemption (N.C. General Statute §1C-1601 (a)(1)), with any remaining funds going to the Chapter 13 Trustee.

3. The Debtor shall provide the Chapter 13 Trustee with a copy of the final Closing Disclosure within ten (10) business days of the completion of the transaction.

END OF DOCUMENT