# United States Bankruptcy Court

For The
Eastern District of North Carolina New Bern Division

TERESA A GOULD  
100 MAIN STREET  
APT. 305  
PEMBROKE, NH 03275

Case No.: 20-02599-5-JNC  
SS #1: XXX-XX-8481

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 07 | 22 | 20 | The Plan was confirmed on | 09 | 28 | 20 | The Case was concluded on | 08 | 04 | 22 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.         $ 7,908.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| TERESA A GOULD | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| UNION HOME MORTGAGE CORP | 800 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| UNION HOME MORTGAGE CORP | 802 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| ALFONZO MARTINEZ | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ACCOUNTS | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINA CRANIOSPINAL | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINA EAST MEDICAL CEN | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINAEAST MEDICAL CENT | 006 | Unsecured | 120.00 | 120.00 | 0.00 | 0.00 |
| CARTERET SURGICAL ASSOCIA | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAVALRY | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CCHC | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE CARD SERVICES | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE CARD SERVICES | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CREDIT COLLECTION SERVICE | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIVERSIFIED CONSULTANTS | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EOS CCA | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUANTUM3 GROUP LLC AS AGE | 016 | Unsecured | 333.30 | 333.30 | 0.00 | 0.00 |
| HUMANA MEDICARE BILLING | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| IC SYSTEM | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SCOLOPAX, LLC | 021 | Unsecured | 307.33 | 307.33 | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| OPTIMUM OUTCOMES INC | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTFOLIO RECOVERY | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SANTANDER CONSUMER USA | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEA BREEZE FAMILY PRACTIC | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHWEST CREDIT SYSTEMS | 027 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SYNCHRONY BANK / EBAY | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TD BANK | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ASSOCIATED CREDIT SERVICE | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECTV | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND CREDIT MANAGEMENT | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONWIDE CREDIT, INC. | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CENLAR, FSB | 030 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court

For The
Eastern District of North Carolina New Bern Division

TERESA A GOULD
100 MAIN STREET
APT. 305
PEMBROKE, NH 03275

Case No.: 20-02599-5-JNC
SS #1: XXX-XX-8481

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 07 | 22 | 20 | | The Plan was confirmed on | 09 | 28 | 20 | | The Case was concluded on | 08 | 04 | 22 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 7,908.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| UNION HOME MORTGAGE CORP | 803 | Secured | 82.90 | 82.90 | 0.00 | 0.00 |
| TERESA A GOULD | 999 | Refund | 441.70 | 441.70 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 82.90 | 0.00 | 760.63 | 0.00 | 441.70 | 1,285.23 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 82.90 | 0.00 | 760.63 | 0.00 | 441.70 | 1,285.23 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,285.23 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| LINDSAY M. PARKER | 6,247.00 | 6,247.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 375.77 | 0.00 | 0.00 | 375.77 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 04/20/2023

Joseph A. Bledsoe, III, Chapter 13 Trustee
P.O. Box 1618
New Bern, NC  28563